86 P.3d 1010

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| Woolsey v. Woolsey | 25121 | 03/04/2004 | Affirmed in part, vacated in part & remanded |
| Fergerstrom v. Kohl | 25173 | 03/04/2004 | Affirmed |
| State v. Apao | 25330 | 03/05/2004 | Affirmed |
| State v. Parks | 25265 | 03/16/2004 | Affirmed |
| State v. Patubo | 25278 | 03/22/2004 | Affirmed |
| Gilfillan v. City and County of Honolulu | 25368 | 03/23/2004 | Affirmed |
| State v. Eisermann | 25191 | 03/23/2004 | Affirmed |
| State v. Pau | 25215 | 03/25/2004 | Vacated, affirmed & remanded |